```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

United States of America

    v.                        2:07-cr-38

Oleg "Alex" Mendyuk

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Docket No. 10) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Counts 1 and 2 of the information, and he is hereby adjudged guilty on those counts.

Date: September 12, 2007         s\James L. Graham
                                         James L. Graham
                                       United States District Judge